In The

*Court of Appeals*

*Ninth District of Texas at Beaumont*

_____

**NO. 09-18-00324-CV**

_____


**IN RE TIMOTHY D. STOVALL**

**Original Proceeding**
**284th District Court of Montgomery County, Texas**
**Trial Cause No. 17-10-12611**

**MEMORANDUM OPINION**

In this mandamus proceeding, Timothy D. Stovall asks this Court to compel the trial court (1) to vacate a June 26, 2018 order granting Crown Packaging Corporation's motion to compel arbitration and abating the state court proceeding, and (2) to sign an order denying the motion to compel arbitration. Stovall requests a stay of the trial court's June 26, 2018 order pending resolution of this mandamus proceeding. *See* Tex. R. App. P. 52.10(a).

To be entitled to mandamus relief, the relator must show that the trial court clearly abused its discretion and that the relator has no adequate remedy by appeal.

1

*In re Prudential Ins. Co.*, 148 S.W.3d 124, 135–36 (Tex. 2004) (orig. proceeding). Having reviewed the mandamus petition and record, we conclude that Stovall has not shown that he is entitled to mandamus relief. Accordingly, we deny the motion for temporary relief and the petition for a writ of mandamus. *See* Tex. R. App. P. 52.8(a).

PETITION DENIED.

PER CURIAM

Submitted on August 29, 2018
Opinion Delivered August 30, 2018

Before McKeithen, C.J., Horton and Johnson, JJ.